UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HORATIO MITCHELL,

                   Petitioner,

    -against-

STATE OF NEW YORK,

                 Respondent.
----------------------------------------------------------------X

JUDGMENT
08-CV- 4896 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 1, 2011, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       November 01, 2011

                                              DOUGLAS C. PALMER
                                              Clerk of Court

NOV - 2 2011